UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| JOEY D. GONZALEZ RAMOS<br>1076 N.W.126 Ct.<br>Miami, FL 33182<br>(305) 720-3114<br>Plaintiff,<br>vs.<br><br>ADR VANTAGE, INC,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:18-cv-01690 *APM*<br><br>JURY TRIAL |

## PLAINTIFF'S REQUEST FOR ACCESS TO FILE DOCUMENTS ELECTRONICALLY

According to Local Civil Rule 5.4(b)(2), Plaintiff files this request to be permitted to file documents electronically. Plaintiff states the following:

1. Plaintiff is an attorney appearing *pro se* in this action.

2. Plaintiff was admitted to the Southern District of Florida in 2017 and has access to PACER and the CM/ECF system in that district.

3. Plaintiff needs access to the District of Columbia's CM/ECF system to file documents electronically in this action.

THEREFORE, Plaintiff request access to the District of Columbia's CM/ECF system to file documents pertaining to this action.



Joey D. Gonzalez Ramos
Florida Bar No. 127554
P.O. Box 145073, Coral Gables, FL 33114-5073
Telephone: 305-720-3114 / Fax: 305-676-8998
E-service: joey@joeygonzalezlaw.com
Plaintiff

## **CERTIFICATE OF SERVICE**

    I hereby certify that on August 6, 2018, a true copy of the foregoing document was mailed to the Clerk of the U.S. District Court for the District of Columbia, 333 Constitution Ave NW, Room 1225, Washington, D.C. 20001.

Joey D. Gonzalez
Florida Bar No. 127554
