1180121482

AUG 2 3 2018  JMK

| | |
|---|---|
| DEBORAH SMALLS-WELLINGTON | * IN THE |
| Plaintiff | * CIRCUIT COURT OF MARYLAND |
| v. | * FOR |
| BRIGHTVIEW SENIOR LIVING, LLC, *et al.* | * BALTIMORE CITY |
| Defendants | * Case No.: 24-C-17-005041 |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## JOINT MOTION TO MODIFY SCHEDULING ORDER AND TO RESCHEDULE PRE-TRIAL AND SETTLEMENT CONFERENCE

The parties, by and through their undersigned counsel, move this Court to modify the Scheduling Order and to reschedule the Pre-trial Conference and state:

1. The original trial date in this matter of November 26, 2018 was rescheduled to January 14, 2019.

2. The original pre-trial and settlement conference scheduled for October 22, 2018, was not adjusted to accommodate the change in trial date.

3. The parties are continuing to complete discovery and propose that the Pre-Trial and Settlement Conference be rescheduled.

4. The parties contacted the Pre-Trial and Settlement Office to obtain dates this Court is available to reschedule the pre-trial and settlement conference.

5. The parties are available for the pre-trial and settlement conference on December 11, 2018.

6. The parties request the deadline to submit any dispositive motion(s), motion(s) to exclude expert testimony, or requests for a Frye-Reed hearing shall be filed no later than October 26, 2018.

7. The parties request the deadline for all discovery shall be completed by September 26, 2018.

8. All other terms and conditions of the Pre-Trial Scheduling Order dated December 1, 2017, shall remain in full force and effect.

8. Justice requires the requested relief and there will be no prejudice to any of the parties.

9. The parties submit herewith a proposed Amended Scheduling Order.

WHEREFORE, for the foregoing reasons, the parties move this Court to modify the Scheduling Order, to reschedule the Pre-Trial and Settlement Conference on October 22, 2018, to the agreed upon date of December 11, 2018 and certain deadlines in the Pre-Trial Scheduling Order be extended.

Respectfully submitted,

*/s/ Peter T. McDowell*
Peter T. McDowell, Esquire
305 West Chesapeake Avenue
Suite 209
Towson, MD 21204
*Counsel for Plaintiff*

*/s/ Terence J. O'Connell*
Terence J. O'Connell, Esquire
401 East Jefferson Street
Suite 204
Rockville, MD 20850
*Counsel for ThyssenKrupp Elevator Corporation*

w/ permission  PTM

*/s/ Jacquelyn M. Kramer*
Jacquelyn M. Kramer, Esquire
LAW OFFICE OF ANTHONY D. DWYER
6230 Old Dobbin Lane, Suite 190
Columbia, MD 21045
*Counsel for Defendant SHP IV Towson, LLC and Cross-Defendant Brightview Senior Living, LLC*

w/ permission  PTM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this  21st  day of August, 2018, a copy of the foregoing Joint Motion to Modify Scheduling Order and to Reschedule Pre-Trial Conference was mailed, first class, postage prepaid, to:

Peter T. McDowell, Esquire
305 West Chesapeake Avenue
Suite 209
Towson, MD 21204
*Counsel for Plaintiff*

Terence J. O'Connell, Esquire
401 East Jefferson Street
Suite 204
Rockville, MD 20850
*Counsel for ThyssenKrupp Elevator Corporation*

Jacquelyn M. Kramer, Esquire
LAW OFFICE OF ANTHONY D. DWYER
6230 Old Dobbin Lane, Suite 190
Columbia, MD 21045
*Counsel for Defendant SHP IV Towson, LLC and Cross-Defendant Brightview Senior Living, LLC*

_____
Peter T. McDowell, Esquire

| | |
|---|---|
| DEBORAH SMALLS-WELLINGTON | * IN THE |
| Plaintiff | * CIRCUIT COURT OF MARYLAND |
| v. | * FOR |
| BRIGHTVIEW SENIOR LIVING, LLC, *et al.* | * BALTIMORE CITY |
| Defendants | * Case No.: 24-C-17-005041 |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## AMENDED SCHEDULING ORDER

Upon consideration of the Joint Motion to Modify Scheduling Order and to Reschedule the Pre-trial Conference, and for good cause shown, it is this _____ day of _____, 2018:

1. **ORDERED,** that the Joint Motion to Modify Scheduling Order and to Reschedule the Pre-trial Conference be, and hereby, is **GRANTED**; and it is further

2. **ORDERED,** that the Pre-Trial and Settlement Conference be, and hereby, is rescheduled to December 11, 2018; and it is further

3. **ORDERED,** that the deadline to submit any dispositive motion(s), motion(s) to exclude expert testimony, or requests for a Frye-Reed hearing shall be filed no later than October 26, 2018; and it is further

4. **ORDERED,** that the deadline for all discovery shall be completed by September 26, 2018; and it is further

5. **ORDERED,** that all other terms and conditions of the Pre-Trial Scheduling Order dated December 1, 2017, remain in full force and effect.

_____
Judge

cc: Peter T. McDowell, Esquire
    Terence J. O'Connell, Esquire
    Jacquelyn M. Kramer, Esquire

LAW OFFICES OF

# PETER T. McDOWELL

A PROFESSIONAL ASSOCIATION

305 WEST CHESAPEAKE AVENUE

SUITE 209

TOWSON, MARYLAND 21204

peter@mcdowell-law.com

410-296-8160
(PHONE)

410-821-8113
(FAX)

August 21, 2018

Civil Clerk
Circuit Court for Baltimore City
111 N. Calvert Street, Room 462
Baltimore, Maryland 21202

      Re:    *Deborah Smalls-Wellington v. Brightview Senior Living, LLC, et al.*
             *Case No. 24-C-17-005041*

Dear Clerk:

    Please find enclosed "Joint Motion to Modify Scheduling Order and to Reschedule Pre-Trial and Settlement Conference." Please kindly docket and file same. If you have any questions, please do not hesitate to contact me.

                                        Sincerely,

                                        Peter T. McDowell

PTM/sdb
Enclosure
cc:    Terrence J. O'Connell, Esquire
         Jacquelyn M. Kramer, Esquire