IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| JOEY D. GONZALEZ RAMOS | * | |
| Plaintiff | * | |
| v. | * | |
| | | Case: 1:18-cv-01690 JURY |
| ADR VANTAGE, INC., | * | Assigned to: Mehta, Amit P. |
| | * | |
| Defendant | | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO DISMISS

Defendant, ADR Vantage, Inc., by counsel, Anthony D. Dwyer, respectfully moves to dismiss the Complaint in this case. The defamation claim is barred by the statute of limitations. The remaining claims fail to state a claim upon which relief can be granted. In support of the foregoing Motion, the Court's attention is invited to the accompanying Memorandum of Grounds and Authorities in support of Motion to Dismiss.

Respectfully Submitted

/s/ Anthony D. Dwyer  (DC Bar: 415575)
Anthony D. Dwyer
Law Office of Anthony D. Dwyer
6230 Old Dobbin Lane
Suite 190
Columbia, MD 21045
240-512-2199
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of August, 2018, a copy of the foregoing **Motion to Dismiss, Memorandum of Points and Authorities in Support of Motion to Dismiss by Defendant ADR Vantage, Inc., and proposed Order** was electronically filed and served to:

Joey D. Gonzalez Ramos
P.O. Box 145073
Coral Gables, FL 33114-5073
E-service: joey.gonzalez@jdg-lawoffice.com
Pro Se Plaintiff

/s/ Anthony D. Dwyer
Anthony D. Dwyer