**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| **JOEY D. GONZALEZ RAMOS,** | ) </br> ) </br> ) |
| **Plaintiff,** | ) </br> ) |
| v. | )    **Case No. 18-cv-1690 (APM)** </br> ) |
| **ADR VANTAGE, INC.,** | ) </br> ) </br> ) |
| **Defendant.** | ) </br> ) |

**ORDER**

On August 28, 2018, Defendant ADR Vantage, Inc. ("ADR") filed a Motion to Dismiss Plaintiff's Complaint. *See* Mot. to Dismiss, ECF No. 4. The Motion asks the court to terminate the lawsuit against ADR. Plaintiff is proceeding pro se in this case.

In *Fox v. Strickland*, the D.C. Circuit held that a district court must notify a pro se party of the consequences of failing to respond to a motion that, if granted, would result in the end of the lawsuit. *See* 837 F.2d 507, 509 (D.C. Cir. 1988) (per curiam). "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.*

Accordingly, it is hereby ordered that Plaintiff shall respond to Defendant's Motion to Dismiss on or before September 28, 2018. If Plaintiff does not respond or does not ask for more time on or before September 28, 2018, then the court may treat the Motion as conceded and dismiss

Plaintiff's Complaint as to the above-named Defendant.

Dated:   August 29, 2018

_____
Amit P. Mehta
United States District Judge