UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

**JOEY D. GONZALEZ RAMOS,**

    **Plaintiff,**
        v.                              Case No.: 18-cv-01690 (APM)

**ADR VANTAGE, INC.,**

    **Defendant.**
_____/

**THIRD-PARTY INTERVENOR'S *ERRATA* NOTICE**

Third-party Intervenor, U.S. Department of Agriculture ("USDA"), respectfully submits this *Errata* Notice to clarify a citation error in its Opposition to Plaintiff's Motion to Compel. *See* ECF No. 34 (USDA's Opposition). The Opposition referred to the declaration submitted by Mr. Archie Tucker and its attending Privilege Log. Due to an inadvertent oversight, USDA failed to attach the Privilege Log and incorrectly referred to both documents as "ECF No. 30-2." Although the Tucker Declaration was correctly cited as "ECF No. 30-2," USDA should have indicated that that its Privilege Log was previously filed under "ECF No. 32, pp.15-24."

USDA apologizes to the Court and the parties for the confusion and inconvenience caused by this inadvertent error.

June 18, 2019                                Respectfully submitted,

                                                JESSIE K. LIU
                                                D.C. BAR # 472845
                                                United States Attorney

                                                DANIEL F. VAN HORN
                                                D.C. BAR # 924092
                                                Chief, Civil Division

By: _____//s_____
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
555 4th Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov
Counsel for Third-party Intervenor