# Exhibit A

```
            IN THE CIRCUIT COURT OF THE
          11TH JUDICIAL CIRCUIT IN AND FOR
              MIAMI-DADE COUNTY, FLORIDA

            CASE NO.: 2017-026753-CA-01
```

JOEY D. GONZALEZ,

    Plaintiff,

    -vs-

CLIFFORD RAMSEY,

    Defendant.
_____/

Via Zoom Conference

Tuesday, November 17, 2020
10:13 a.m. to 1:12 p.m.

DEPOSITION OF

CLIFFORD RAMSEY

Taken before John Allard, Court Reporter, a Notary Public for the State of Florida at Large, pursuant to a Notice of Deposition filed in the above-styled cause.

```
                                                              2

 1                         APPEARANCES:

 2    On Behalf of the Plaintiff:

 3    JOEY GONZALEZ, ATTORNEY, P.A.
      P.O. BOX 145073
 4    Coral Gables, Florida  33114
      (305)720-3114
 5    joey.gonzalez@jdg-lawoffice.com
      BY:  JOEY D. GONZALEZ, ESQUIRE
 6
      Also present:
 7
      GRAY ROBINSON
 8    333 Southeast 2nd Avenue, Suite 3200
      Miami, Florida  33131
 9    (305)416-6880
      frank.shepherd@gray-robinson.com
10    BY:  FRANK SHEPHERD, ESQUIRE (SPECIAL MASTER)

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
                                                           13
 1       A.    Uh-hmm (affirmative).  All right.
 2       Q.    At any time during the time that you worked
 3  for the USDA did Joey Gonzalez call you the N word?
 4       A.    Call me the N word?  Did you -- okay.  By
 5  saying what?  Did you use the N word --
 6             MR. GONZALEZ:  It froze.
 7             THE COURT REPORTER:  Mr. Ramsey, I'm not sure
 8       if you can hear me or not.  This is the court
 9       reporter.  Your video froze and we can no longer
10       hear you.  You may have to reboot; I'm not sure.
11       Yeah, he's completely frozen at this point.
12             MR. GONZALEZ:  All right.  Let me -- he's
13       back.
14  BY MR. GONZALEZ:
15       Q.    Mr. Ramsey, you froze for a little bit.  So
16  I'm going to ask you again, and if you can please repeat
17  your answer.  During the time, Mr. Ramsey, that you
18  worked for the USDA, did Joey Gonzalez call you the N
19  word?
20       A.    No, you never called me the N word.  You
21  didn't say, Clifford Ramsey, you are a blank; you did
22  not say that.
23       Q.    Mr. Ramsey, I want to show you a form that I
24  obtained through discovery in this case.  Your previous
25  -- your former attorney provided me with this form.
```

```
                                                                    85
 1      A.   That means that I'm the person that -- it's
 2   another phrase, a bear who is poked.  I don't want to be
 3   the person who is just being subjected to things that
 4   they told me that you wouldn't do.  So I'm talking --
 5   that's what I'm speaking of.  I'm speaking towards that.
 6        I don't want to be the bear that's being poked.
 7   Like, I don't want to be that person that's just being,
 8   you know, constantly poked at.
 9      Q.   What happen when the bear is poked?
10      A.   I don't know.  It's a way of speaking, okay?
11      Q.   So you're saying, and tell me if I'm
12   misinterpreting this, when the bear is poked the bear
13   attacks --
14      A.   No.
15      Q.   -- isn't that correct?
16      A.   That is not correct.
17      Q.   Do you think this could be seen in any other
18   way but that?
19      A.   I think that anybody has a -- anybody has a
20   reason to interpret it anyway they feel so possible.
21   But, I hadn't been aggressive at any point during my
22   time working at the USDA, so I don't think that anybody
23   would take it in any other way.
24      Q.   All right.  Mr. Ramsey, do you remember being
25   interviewed by a company called ADR for a survey in
```

```
                                                                86
 1   Miami?
 2       A.    No.
 3       Q.    Were you interviewed by anyone in Miami for a
 4   survey?  And when I say Miami, I'm talking around the
 5   station in Miami.
 6       A.    Was I interviewed by anybody in Miami?
 7       Q.    For a survey.  No?
 8       A.    I don't remember.
 9       Q.    Okay.  There was a survey in Miami performed
10   by a company called ADR Advantage.  And according to ADR
11   you were a participant.  And according to ADR it says
12   that Joey Gonzalez was aggressive towards you and used
13   racially charged language.  Did you tell that to ADR?
14       A.    I don't remember.
15       Q.    So if they saying that you did, it might be a
16   lie?
17       A.    I don't know because I don't remember being
18   interviewed.  I don't remember having an interview or
19   being surveyed.  No one came and talked to me; I don't
20   remember that.  So I don't remember.
21       Q.    Okay.  All right.  Mr. Ramsey, I'm going to
22   show you another email.  We'll try to move faster.  So I
23   would ask you to try to answer my questions without
24   argument and just -- most of my questions are pretty
25   much a yes or no.  If any need explanation, just a
```

```
                                                              98
 1        Q.   Why you did not tell Kathy Hall and Dave
 2   Stanley about the -- of the situation with the policeman
 3   and the comment that Joey Gonzalez made after you
 4   mentioned that your mother was from Dominican Republic?
 5        A.   I believe I was told that -- what to, I guess
 6   -- I believe I was told what to include.  I'm guessing,
 7   I'm not sure, but I believe I was told what to include
 8   in the email.
 9        Q.   Okay.  So somebody was guiding you in saying
10   what you needed to say in the emails?
11        A.   Most of the stuff was guided.  I didn't know
12   what to -- I didn't know what to do in the situation at
13   all.  I was a new Federal employee.
14        Q.   And that person that guided you was an
15   employee of the USDA?
16        A.   Yeah, they would have to be an employee of the
17   USDA to know what the employee -- go ahead, yeah.
18        Q.   Was it Kathy Hall?
19        A.   I don't remember.
20        Q.   Was it Laverne Holden?
21        A.   I talked to a lot of people.
22        Q.   Laverne Holden, Kathy Hall and Ahmed Abbas,
23   who else do you speak with?
24        A.   I talked to multiple attorneys.  I talked to
25   -- I talked to a bunch of people.
```

99

1  Q.  You spoke with some attorneys?

2  A.  From the USDA.  There was a lot of people from

3  the USDA.

4  Q.  Did you speak with Archie Tucker?

5  A.  I don't remember.

6  Q.  Okay.  Well, how can you say you spoke with

7  multiple people and you knew these people were

8  attorneys, you cannot tell me who they were?

9  A.  You're asking me to recall a situation from

10  five years ago and I'm telling you.

11  Q.  Did you speak with Anna Robinson?

12  A.  Who?

13  Q.  Anna Robinson.

14  A.  I don't remember.

15  Q.  Okay.

16  A.  I talked to a lot of people.  There was a lot

17  of people involved; I talked to a lot of them.

18  Q.  And these people questioned you about what

19  happened?

20  A.  Yes, they asked me about the situation.  They

21  asked me to run it through them the whole way through.

22  I don't -- can you -- something happened.  Oh, yeah, the

23  whole way through.  I don't remember who.  There was a

24  lot of people.

25  Q.  And these people directed you to write these

100

1   emails?

2       A.   They directed me to write the emails, send the
3   emails to different people.  It was -- yeah, it was --
4   oh, and who to send it to and stuff like that.  It was
5   pretty much, yeah, because I didn't know, I didn't know
6   of anything.
7       Q.   So the reason you did not include certain
8   matters that you mentioned afterwards was because you
9   were directed not to do it?
10      A.   No, I don't remember.  I just know that
11  they -- what they told me to write in the email.  They
12  said to write these things in email.  I was like, okay,
13  I wrote the email, obviously three hours later.  I --
14  other than that, yeah, I don't remember about who and
15  what was said and all this and other stuff. I just know
16  that on that particular occasion, yes.
17      Q.   Okay.  Why did you not tell -- I guess you're
18  going to answer the same, but I'm going to ask you the
19  question.  Why did you not tell David Stanley that?
20      A.   I'm not hearing you; you got to come closer.
21      Q.   Why did you not tell Dave Stanley that Joey
22  Gonzalez used the N word four times during your
23  conversation with him?
24      A.   Why didn't I say that?
25      Q.   Uh-hmm (affirmative).  Yes.

108

1    Q.   Yes.
2    A.   I expected there to be some sort of training
3  to be done, something of that sort.
4    Q.   You didn't want Joey Gonzalez to be fired?
5    A.   No, I did not and I wrote that specifically on
6  that page that you showed me the first time.  There was
7  actually two of those pages.  On the first page I wrote
8  that.  On the second page I did not write that, that was
9  what they instructed me to write.  I did not write that.
10   Q.   Okay, let me make sure that I capture what you
11 say.
12   A.   Yes.
13   Q.   And when you say the first page that I show
14 you, the first page I show you was instructions.  So I
15 take it --
16   A.   No, no.  My fault.  Let me --
17   Q.   Let me show you --
18   A.   -- rephrase that.  That was the one where I
19 said it was doctored.  Do you remember that page?
20   Q.   Yes.  This one I showed you?
21   A.   On that page, that I wanted -- I did not want
22 you to be fired.  I wanted there to be some sort of
23 training.  They -- now I remember.  They had me come
24 back and write that.  They had me come back and write
25 that after the fact.  There was two pages of that.

```
                                                              109
 1      Q.   Okay.
 2      A.   And I'm sorry if you were misled to believe
 3   that I wanted you to be moved and that's what they told
 4   -- that's what they told me to write.  When I actually
 5   -- because I had turned this in already.
 6      Q.   Okay.  Do you remember who told you to write
 7   this?
 8      A.   I spoke with -- whoever the EEO counselor was,
 9   they said that I had to write a corrective action and in
10   that corrective action I wrote that I did not want
11   anyone to be fired.  I wanted there to be training
12   given; that was it.
13           Then afterwards I was told that I had to write
14   a base -- that I had to -- there were only certain types
15   of corrective actions and that was one they told me I
16   had to write.
17      Q.   Okay.  So -- and let the record reflect that
18   we are talking about Exhibit B.  And we talking about,
19   and correct me if I am wrong, Mr. Ramsey, No. 9 which
20   says --
21      A.   Correct.
22      Q.   -- requested corrective action.
23      A.   And it looks like -- and there's writing under
24   it.
25      Q.   Yeah, I see there's something that was taped.
```

110

1  I don't know what it is, but there's something behind

2  that text; I can see that.

3         So what you are telling me is that after you

4  wrote something in that block, somebody told you that

5  you should write to have him removed from the workplace

6  and compensatory and punitive damages paid; is that what

7  you're telling me?

8      A.   Yes.

9      Q.   Okay.  Do you remember who told you that?

10     A.   It was one of the attorneys or someone from

11  the US -- from this -- whatever -- hold up.  Can you

12  hear me?

13     Q.   Yes, I can hear you.

14     A.   Okay.  It was one of the -- can you scroll to

15  the top?

16     Q.   Huh?

17     A.   Can you scroll to the top?

18     Q.   Yes.

19     A.   It was one of the attorneys from this office

20  or something.  When I initially put it in they said that

21  I had to -- they gave me certain ones that I had to

22  write.  I couldn't write that I wanted training to be

23  given and stuff like that.  They said that that's not a

24  correct -- that wasn't a corrective action.

25     Q.   And you say it was an attorney from the Office

111

1    of Civil Rights?

2    A.   Either attorney or an employee.

3    Q.   From the Office of Civil Rights?

4    A.   Yes.

5    Q.   Do you know if his name -- was it a male or

6    female?

7    A.   I'm not sure if it was a male, but I knew it

8    was a person from that office because when I initially

9    turned that form in they sent it back.

10   Q.   They sent it back by email?

11   A.   I'm pretty sure they did send it back by

12   email.

13   Q.   Do you have that email?

14   A.   I do not.

15   Q.   Okay.  Do you --

16   A.   I can check, but -- I'm not sure if I do, but

17   I can check.

18   Q.   Okay.  I would appreciate it if you check.

19   A.   Either it was on my USDA account or it was in

20   my civilian one.  I can check for you.  I will do that.

21   Q.   Okay.  And had you spoken with this person on

22   the phone?

23   A.   Yeah, I talked to the person on the phone

24   also.

25   Q.   Mr. Ramsey, you said there was some