# Exhibit
# F

| | |
|---|---|
| **From:** | Truong, John (USADC) |
| **To:** | Joey Gonzalez; jmurphy@walkermurphy.com |
| **Subject:** | RE: Gonzalez v. ADR: Deposition of Mr. Tucker |
| **Date:** | Thursday, January 7, 2021 8:55:35 PM |
| **Attachments:** | image002.png |
| | image004.png |

Thank you for your email, Mr. Gonzalez.

I am the raising the issue at the earliest possible time because you did not serve the subpoena until New Year's Eve at around noon. I was on leave on New Year's Day and we had the weekend. Prior to getting the subpoena I did not have any official notice that the Tucker deposition would take place on Jan. 14. I fully acknowledge that the parties discussed and informally agreed on January 14; however, without a subpoena, I did not know whether that date would be official.

USDA disagrees that Plaintiff's declaration sets the scope of the Tucker deposition. As for footnote 2, the Court did not specifically opine whether that would be included in the deposition and, given that the Court was very clear that the Tucker deposition was necessary for Plaintiff to refute ADR's derivative immunity defense, I do not believe that footnote 2 is relevant.

Sincerely,
John


John C. Truong
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2524
(202) 815-8958 (office cell)
john.truong@usdoj.gov

---

**From:** Joey Gonzalez <joey@joeygonzalezlaw.com>
**Sent:** Thursday, January 7, 2021 8:42 PM
**To:** Truong, John (USADC) <JTruong@usa.doj.gov>; jmurphy@walkermurphy.com
**Subject:** RE: Gonzalez v. ADR: Deposition of Mr. Tucker

Mr. Truong,

For the scope of Tucker's deposition, please see the attached declaration in Plaintiff's Rule 56(d) motion. Also see footnote 2 in the court's order.

Is there any reason why the government waited 6 days before Tucker's scheduled deposition to dispute the court's order?

Joey Gonzalez

Exhibit F - Page 2



P.O. Box 145073 Coral Gables, FL 33114-5073
P: (305) 720 3114 | F: (786) 221-0298
joey@joeygonzalezlaw.com | joey.gonzalez@jdg-lawoffice.com

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

**From:** Truong, John (USADC) <John.Truong@usdoj.gov>
**Sent:** Thursday, January 7, 2021 18:30
**To:** Joey Gonzalez <joey@joeygonzalezlaw.com>; jmurphy@walkermurphy.com
**Subject:** RE: Gonzalez v. ADR: Deposition of Mr. Tucker

Mr. Gonzalez:

Given your disagreement, please share your position on the scope of Mr. Tucker's deposition.

Thank you kindly,
John


John C. Truong
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-2524
(202) 815-8958 (office cell)
john.truong@usdoj.gov

**From:** Joey Gonzalez <joey@joeygonzalezlaw.com>
**Sent:** Thursday, January 7, 2021 4:38 PM
**To:** Truong, John (USADC) <JTruong@usa.doj.gov>; jmurphy@walkermurphy.com
**Subject:** RE: Gonzalez v. ADR: Deposition of Mr. Tucker

Mr. Truong,

I disagree with your interpretation of the court order.

Joey Gonzalez



P.O. Box 145073 Coral Gables, FL 33114-5073
P: (305) 720 3114 | F: (786) 221-0298
joey@joeygonzalezlaw.com | joey.gonzalez@jdg-lawoffice.com

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

**From:** Truong, John (USADC) <John.Truong@usdoj.gov>
**Sent:** Thursday, January 7, 2021 16:28
**To:** Joey Gonzalez <joey@joeygonzalezlaw.com>; jmurphy@walkermurphy.com
**Subject:** RE: Gonzalez v. ADR: Deposition of Mr. Tucker

Good evening, Mr. Gonzalez:

Happy new year to you.

This is to confirm that Mr. Archie Tucker's deposition is scheduled for January 14, 2021, at 10AM, via Zoom.  You will provide additional logistical information closer to the deposition date.

More importantly, I am writing to confirm the scope of Plaintiff's deposition of Mr. Tucker.  The Court's December 7, 2020 Memorandum and Order granted your request to depose Mr. Tucker on the scope of ADR Vantage's contract and its adherence to that contract for the purpose of refuting ADR Vantage's derivative immunity defense. See Dec. 7, 2020 Mem. Op. at 5 (ECF No. 78). Therefore, the topics of Mr. Tucker's deposition are confined to (1) the scope of ADR Vantage's contract with USDA and (2) ADR Vantage's adherence to that contract.  In addition, the Court also clarified that you are entitled "to depose [Mr.] Tucker on issues that do not implicate the [deliberative process] privilege."  Id. at 7 (bold emphasis added).

Please let us know immediately if you disagree with the scope of Mr. Tucker's deposition or the parameter of your questions (i.e., questions that do not implicate the deliberative process privilege).  Otherwise, please confirm in writing that you agree with the scope of the deposition and parameter of your questions.

Please do not hesitate to contact me if you have any questions.

Exhibit F - Page 4

Most sincerely,
John


John C. Truong
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-2524
(202) 815-8958 (office cell)
john.truong@usdoj.gov

## Joey Gonzalez

| | |
|---|---|
| **From:** | Truong, John (USADC) <John.Truong@usdoj.gov> |
| **Sent:** | Thursday, January 7, 2021 6:29 PM |
| **To:** | Joey Gonzalez; jmurphy@walkermurphy.com |
| **Subject:** | RE: Gonzalez v. ADR:  Deposition of Mr. Tucker |

Messrs. Gonzalez and Murphy:

Please let me know your availability tomorrow and next week to call J. Mehta's Chambers.  My understanding is that the Court requires the parties to contact Chambers on all discovery issues and to seek leave of court before filing any discovery motion.  We want to follow that process and seek leave to move for a protective order on the scope of Mr. Tucker's deposition.

Once I have your availability, I will reach out to J. Mehta's law clerk to ask for a date and time to call Chambers.

Thank you kindly for your cooperation.

Best,
John


John C. Truong
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 252-2524
(202) 815-8958 (office cell)
john.truong@usdoj.gov

---

**From:** Joey Gonzalez <joey@joeygonzalezlaw.com>
**Sent:** Thursday, January 7, 2021 4:38 PM
**To:** Truong, John (USADC) <JTruong@usa.doj.gov>; jmurphy@walkermurphy.com
**Subject:** RE: Gonzalez v. ADR: Deposition of Mr. Tucker

Mr. Truong,

I disagree with your interpretation of the court order.


Joey Gonzalez




1