UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |  |
|---|---|---|
| JOEY D. GONZALEZ RAMOS, | ) | Case No.: 1:18-cv-01690-APM |
| Plaintiff, | ) | JURY TRIAL |
| vs. | ) | |
| | ) | |
| | ) | |
| ADR VANTAGE, INC, | ) | |
| Defendant. | ) | |
| | ) | |

**NOTICE OF FILING DOCUMENTS IN SUPPORT OF THE HEARING REQUESTED
BY PLAINTIFF ON JANUARY 20, 2021**

Plaintiff hereby gives notice of the following documents filed in support of his request for a hearing on January 20, 2021 regarding a discovery dispute. of Plaintiff's personnel information without his consent.

The following is a short description of the documents attached to this notice:

- Exhibit A – Subpoena from counsel for ADR John J. Murphy III ("Murphy") to counsel for the USDA John Truong ("Truong") dated July 10, 2019, requesting Plaintiff's "employee file with the USDA".

- Exhibit B – Email from Plaintiff to Truong dated May 27, 2020 reminding him that he had no consent from Plaintiff to release his personnel record. This is one of several emails that Plaintiff sent Truong regarding not releasing his personnel record.

- Exhibit C – Email from Plaintiff to Truong and Vanessa Eisemann (Eisemann) dated January 19-20, 2021 regarding taking their deposition.

- Exhibit D – Email exchange from Plaintiff to Murphy dated January 19-20, 2021, regarding admitting that Troung and Eisemann disclosed Plaintiff's information to Murphy.

- Exhibit E – Discovery sent to Murphy regarding the disclosure of

Plaintiff's information.

Dated: January 21, 2021

By /s/ Joey D. Gonzalez
Joey D. Gonzalez Ramos
Telephone: 305-720-3114
E-service: joey@joeygonzalezlaw.com
***Pro Se Plaintiff***