# Exhibit B

**From:** Joey Gonzalez <joey@joeygonzalezlaw.com>
**Sent:** Wednesday, May 27, 2020 11:56
**To:** John.Truong <john.truong@usdoj.gov>
**Subject:** RE: Contact information of your supervisor

Mr. Truong,

As I previously indicated in July 2019 the USDA does not have my consent to release my personal and/or private information to anyone including ADR and/or John J. Murphy III. Please refrain from continuing doing this.

Joey Gonzalez



P.O. Box 145073 Coral Gables, FL 33114-5073
P:  (305) 720 3114 | F:  786-221-0298
joey@joeygonzalezlaw.com | joey.gonzalez@jdg-lawoffice.com

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.