UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JOEY D. GONZALEZ RAMOS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 18-1690 (APM) |
| | ) | |
| ADR VANTAGE, INC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**THIRD-PARTY USDA'S OPPOSITION TO PLAINTIFF'S DISCOVERY MOTION**

Plaintiff accuses the U.S. Department of Agriculture ("USDA"), a third-party to this action, of violating the Privacy Act by disclosing his paid administrative leave status to Defendant ADR Advantage ("ADR"). ECF No. 81. Without citing any authority, Plaintiff currently seeks to depose USDA's counsel and the Assistant United States Attorney ("AUSA") assigned to represent USDA's interests in this action to ascertain the circumstances under which the information was disclosed to ADR. *Id.* at 3.[1] The Court should reject Plaintiff's request, which amounts to a fishing expedition based purely on speculation refuted by the existing record.

This controversy has its genesis in ADR's motion for summary, which "[p]resum[es]" that "USDA has put [Plaintiff] on paid administrative leave" and maintains that "Plaintiff's actions are being funded in part by the United States through his paid administrative leave[.]" *See* ECF No. 55-1 at 9, 23. Plaintiff's filings confirm that ADR's statements are correct. *See* ECF No. 81 at 1. Because of ADR's filings, Plaintiff e-mailed Government counsel on

---

[1]     Specifically, Plaintiff seeks leave to depose "Mr. Truong and Ms. Vanessa Eisemann [USDA agency counsel] regarding the disclosure of his private personal information." *See* ECF No. 81, at 3.

January 20, accusing USDA of improperly disclosing his employment status to ADR (ECF No. 8-3, at 2-3).  Plaintiff now seeks to depose counsel. (ECF No. 81 at 2-3).  Plaintiff's discovery motion lacks merit.

### ARGUMENT

Plaintiff sent multiple e-mails to Government counsel on January 20, demanding that counsel admit that USDA disclosed his employment status to USDA.  *See* ECF No. 80-3 (Gonzalez Jan. 19 e-mail at 5PM; Jan. 20 e-mail at 10:08AM), Gov't Ex. A (Gonzalez Jan. 20 e-mail at 11:41AM).  Counsel did not respond to Plaintiff because those emails consisted of informal discovery requests and they otherwise did not merit a response.  Because USDA is a third-party, all requests for discovery directed to it must be made through either a *Touhy* request process or Rule 45 subpoena.  Plaintiff failed to pursue either route.  Further, Government counsel did not respond to Plaintiff's emails on January 20 because it was a federal holiday (Inauguration Day) for federal employees in the Washington, DC metropolitan area.  *See* 5 U.S.C. § 6103(c).  In any event, ADR has already explained how it learned—without USDA's involvement—that Plaintiff was (and is) on paid administrative leave.  Counsel for ADR wrote,

> I have never been provided, nor reviewed, a copy of your personnel file. There is as a matter of public record a September 23, 2019 decision by Judge Pamela Jackson of the Merit Protection Board ordering the USDA to retroactively reinstate your employment at the agency with back pay. *I made an educated assumption* that the United States government complied with the MPB's Order and is paying you a generous salary while you maintain lawsuits against ADR and others in connection with your time at the USDA. Based on your own questioning to Mr. Tucker, it appears my assumption was spot on.
>
> *If I am wrong and the USDA has not reinstated your wage with back pay, please let me know so I can correct the record.*

*See* Murphy Jan. 20 email at 9:47AM (ECF No. 80-4, at 4) (emphasis added).

To date, Plaintiff has not asked ADR to correct the record, and Plaintiff admitted that USDA reinstated him "with pay and benefits." *See* Gonzalez Jan. 20 email at 10:51AM (ECF No. 80-4, at 3). Plaintiff, however, continued to press ADR's counsel on how ADR learned of his administrative leave status, stating:

> Since you stated that you have never been provided or reviewed a copy of my personnel file, I am assuming that you were told that I was put on administrative leave. *All I need is confirmation that the person who told you that I was on administrative leave was John Truong and/or Vanessa Eisemann.*

*See* Gonzalez Jan. 20 email at 10:51AM (ECF No. 80-4, at 3) (emphasis added). In response, counsel for ADR further explained to Plaintiff,

> An alternative explanation is that it would be *a logical assumption on my part*, from the known facts, to infer that the USDA would not want you back in one of its facilities and, therefore, would put you on administrative leave so as to comply with the MBP's order while maintaining the integrity of the USDA's field office.

*See* Murphy Jan. 20 email at 11:18AM (ECF No. 80-4, at 2) (emphasis added). Despite these clarifications, Plaintiff insists that ADR "obtained information protected by the Privacy Act without [his] consent." Gonzalez Jan. 20 email at 11:30AM (*Id.*). Neither Plaintiff's several emails nor his current discovery motion undermine ADR's "detective work" that led to its conclusion that Plaintiff was (and is) currently on paid administrative leave.[2]

For the foregoing reasons, because there is no legal or factual basis for Plaintiff to depose USDA's counsel and Government counsel on this paid administrative leave issue, the Court should deny Plaintiff's discovery motion (ECF No. 81).

---

[2]    ADR's response to Plaintiff's current discovery motion further explains that, based on public information, it deduced that USDA placed Plaintiff on paid administrative leave. ECF No. 82 at 2-3. USDA incorporates and adopts by reference ADR's response to Plaintiff's discovery motion herein.

Dated: February 2, 2021
Washington, DC

Respectfully submitted,

MICHAEL R. SHERWIN
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

By: _____/s/_____
JOHN C. TRUONG, D.C. Bar #465901
Assistant United States Attorney
555 Fourth Street, NW
Washington, DC 20530
(202) 252-2524

*Attorneys for Third-party USDA*

4

| **From:** | Joey Gonzalez |
|---|---|
| **To:** | "John Murphy"; Truong, John (USADC); vanessa.eisemann@usda.gov |
| **Subject:** | RE: Gonzalez v. ADR -- Discovery - Admin Leave/Waste, Fraud and Abuse |
| **Date:** | Wednesday, January 20, 2021 11:41:07 AM |
| **Attachments:** | image001.png |
| | image006.png |
| | image008.png |
| | image009.png |

Mr. Truong,

We are having all this exchange because you will not admit that you gave ADR the information about my administrative leave. Meanwhile, you are being copying in the emails and not participating. You represent the United States in this action yet it seems that you cannot take responsibility for your actions? Simply admit that you disclosed this information to the ADR and there will be no need to contact the court.

Joey



P.O. Box 145073 Coral Gables, FL 33114-5073
P: (305) 720 3114 | F: (786) 221-0298
joey@joeygonzalezlaw.com | joey.gonzalez@jdg-lawoffice.com

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

---

**From:** Joey Gonzalez <joey@joeygonzalezlaw.com>
**Sent:** Wednesday, January 20, 2021 11:30
**To:** 'John Murphy' <jmurphy@walkermurphy.com>
**Cc:** 'Truong, John (USADC)' <John.Truong@usdoj.gov>; 'vanessa.eisemann@usda.gov' <vanessa.eisemann@usda.gov>
**Subject:** RE: Gonzalez v. ADR -- Discovery - Admin Leave/Waste, Fraud and Abuse

Mr. Murphy,

You obtained information protected by the Privacy Act without my consent. I believe that you should have asked me for the information through discovery and if I objected, ask the court to compel. Instead you circumvented that mechanism and obtained the information through other means. That is a fact.

Gov't Exh A

All I am asking is for the names of the persons that gave you the information. If you believe that your actions are in accordance to any rule or law or the discovery orders in this case, please let me know.

Joey Gonzalez



**JOEY GONZALEZ ATTORNEY, P.A.**
Consumers | Federal Employees

P.O. Box 145073 Coral Gables, FL 33114-5073
P: (305) 720 3114 | F: (786) 221-0298
joey@joeygonzalezlaw.com | joey.gonzalez@jdg-lawoffice.com

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

---

**From:** John Murphy <jmurphy@walkermurphy.com>
**Sent:** Wednesday, January 20, 2021 11:18
**To:** Joey Gonzalez <joey@joeygonzalezlaw.com>
**Cc:** Truong, John (USADC) <John.Truong@usdoj.gov>; vanessa.eisemann@usda.gov
**Subject:** RE: Gonzalez v. ADR -- Discovery - Admin Leave/Waste, Fraud and Abuse

Mr. Gonzalez,

An alternative explanation is that it would be a logical assumption on my part, from the known facts, to infer that the USDA would not want you back in one of its facilities and, therefore, would put you on administrative leave so as to comply with the MBP's order while maintaining the integrity of the USDA's field office.  Regardless, who I speak with, what information I obtain, and how I interpret that information, constitutes privileged attorney work product to which you are not entitled.  If you can present any legal authority to the contrary, I would be happy to consider it.

John

**WMN WALKER, MURPHY & NELSON, LLP**
John J. Murphy, Esq.
9210 Corporate Boulevard
Suite 320
Rockville, Maryland 20850
(301)519-9150 (office)
(301)519-9152 (fax)
jmurphy@walkermurphy.com
www.walkermurphy.com

Gov't Exh A

IMPORTANT CONFIDENTIALITY NOTICE
This message is from the law firm of Walker, Murphy & Nelson, LLP and contains information that may be privileged, confidential, and protected from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please reply to the sender that you have received the message in error and delete the message or notify us immediately by calling (301)519-9150. Thank you.

**From:** Joey Gonzalez <joey@joeygonzalezlaw.com>
**Sent:** Wednesday, January 20, 2021 10:51 AM
**To:** John Murphy <jmurphy@walkermurphy.com>
**Subject:** RE: Gonzalez v. ADR -- Discovery - Admin Leave/Waste, Fraud and Abuse

Mr. Murphy,

Thank you for your response. You are correct, the USDA reinstated me with pay and benefits as it was ordered by the MSPB. But the MSPB's order does not say that the USDA must put me on administrative leave. That decision was made solely by the USDA. While the MSPB's order may be public record, matters related to a federal employee's leave are not. You could not get that information unless you received it or were told.

Since you stated that you have never been provided or reviewed a copy of my personnel file, I am assuming that you were told that I was put on administrative leave. All I need is confirmation that the person who told you that I was on administrative leave was John Truong and/or Vanessa Eisemann.

So please reply to this email with the name(s) of the person(s) that told you that I was put on administrative leave and whether you requested that information and we can avoid a discovery dispute.

Joey Gonzalez



JOEY GONZALEZ
ATTORNEY, P.A.
Consumers | Federal Employees

P.O. Box 145073 Coral Gables, FL 33114-5073
P: (305) 720 3114 | F: (786) 221-0298
joey@joeygonzalezlaw.com | joey.gonzalez@jdg-lawoffice.com

Gov't Exh A

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

**From:** John Murphy <jmurphy@walkermurphy.com>
**Sent:** Wednesday, January 20, 2021 09:47
**To:** Joey Gonzalez <joey@joeygonzalezlaw.com>
**Subject:** RE: Gonzalez v. ADR -- Discovery - Admin Leave/Waste, Fraud and Abuse

Mr. Gonzalez,

I object to this discovery but in a good-faith effort to avoid a discovery dispute, I have never been provided, nor reviewed, a copy of your personnel file.  There is as a matter of public record a September 23, 2019 decision by Judge Pamela Jackson of the Merit Protection Board ordering the USDA to retroactively reinstate your employment at the agency with back pay.  I made an educated assumption that the United States government complied with the MPB's Order and is paying you a generous salary while you maintain lawsuits against ADR and others in connection with your time at the USDA.  Based on your own questioning to Mr. Tucker, it appears my assumption was spot on.  If this does not address your underlying question(s), please let me know.

If I am wrong and the USDA has not reinstated your wage with back pay, please let me know so I can correct the record.  Otherwise, we will have to agree to disagree on whether your lawsuit against ADR for lost income constitutes fraud.

John


**WMN WALKER, MURPHY & NELSON, LLP**
John J. Murphy, Esq.
9210 Corporate Boulevard
Suite 320
Rockville, Maryland 20850
(301)519-9150 (office)
(301)519-9152 (fax)
jmurphy@walkermurphy.com
www.walkermurphy.com


IMPORTANT CONFIDENTIALITY NOTICE
This message is from the law firm of Walker, Murphy & Nelson, LLP and contains information that may be privileged, confidential, and protected from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please reply to the sender that you have received the message in error and delete the message or notify us immediately by calling

Gov't Exh A

(301)519-9150. Thank you.

**From:** Joey Gonzalez <joey@joeygonzalezlaw.com>
**Sent:** Tuesday, January 19, 2021 4:46 PM
**To:** John Murphy <jmurphy@walkermurphy.com>
**Subject:** Gonzalez v. ADR -- Discovery - Admin Leave/Waste, Fraud and Abuse

Mr. Murphy,

Please see attached discovery request. If Defendant has any objection please advise as to its availability for a court conference.

Joey Gonzalez



**JOEY GONZALEZ**
**ATTORNEY, P.A.**
Consumers | Federal Employees

P.O. Box 145073 Coral Gables, FL 33114-5073
P: (305) 720 3114 | F: (786) 221-0298
joey@joeygonzalezlaw.com | joey.gonzalez@jdg-lawoffice.com

This e-mail (including any attachments) may contain information that is private, confidential, or protected by attorney-client or other privilege.  If you received this e-mail in error, please delete it from your system without copying it and notify sender by reply e-mail, so that our records can be corrected.

Gov't Exh A