UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |  |
|---|---|---|
| JOEY D. GONZALEZ RAMOS,<br>Plaintiff,<br>vs.<br><br>ADR VANTAGE, INC,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:18-cv-01690-APM<br>JURY TRIAL |

## MOTION TO RESCIND THE JANUARY 19, 2021 COURT ORDER

On January 19, 2021 at the request of intervenor U.S. Department of Agriculture's ("USDA") the Court granted the USDA leave to file a motion for a protective order regarding Archie Tucker's deposition transcript ("Tucker's Transcript"). Also, at the USDA's request the Court ordered Plaintiff not to discuss or publish Tucker's Transcript until the Court ruled on the USDA's motion ("Order"). The details of the hearing and the Order were not memorialized in the Court's dockets.

Plaintiff request that the Court rescind the Order because the time for the USDA to file its motion for a protective order has expired. Plaintiff also attaches to this motion emails and excerpts of Tucker's Transcript that demonstrate that during the January 19, 2021 hearing the USDA misrepresented the status of Plaintiff's Equal Employment Opportunity ("EEO") complaints and the substance of Archie Tucker's ("Tucker") deposition to obtain the Order.

### Relevant Background

On January 14, 2021 after the deposition of Mr. Tucker ended but while the parties were still on the record, representative for intervenor USDA, John Truong ("Truong") without offering any justification attempted to estipulate that Plaintiff would not use Tucker's Transcript "above and beyond this particular case." Plaintiff disagreed. *See* Exhibit A at 5.

The same day Mr. Truong emailed the Court to request a hearing claiming that Plaintiff wanted to use Tucker's Transcript "in other proceedings outside of this case." Exhibit B. Mr. Truong knew at the time that Plaintiff never said that he intended to use Tucker's Transcript in any other case.

The Court scheduled a hearing for January 19, 2021.  During the hearing the USDA argued twice that Plaintiff intended to use Tucker's Transcript for his "EEO cases" and that 75% of the question Plaintiff asked during Mr. Tucker's deposition were about Plaintiff's "EEO cases". At the conclusion of the hearing the Court granted two weeks for the USDA to file a motion for a protective order for Tucker's Transcript. At the USDA's request, the Court also ordered Plaintiff not to discuss or publish Tucker's Transcript until the Court ruled on the USDA's motion.

### Plaintiff's EEO complaints

The USDA's claim that Plaintiff intended to use Tucker's Transcript in his EEO cases is false. At the present time Plaintiff does not have any EEO complaint pending before the EEO Commission in Miami ("EEOC") or any court. Attached to this motion are emails between Plaintiff and the EEOC Chief Administrative Judge Hon. Patrick A. Kokenge ("Judge Kokenge") that confirm that on December 16, 2019, Plaintiff requested and Judge Kokenge agreed to dismiss with prejudice all his pending EEO complaints. *See* Exhibit C.

### Plaintiff's questions during Mr. Tucker's deposition

The USDA's claim that 75% of Plaintiff's question during Mr. Tucker's deposition were about Plaintiff's EEO cases is not only an exaggeration, is also false. As shown by the excerpts of Tucker's Transcript attached to this motion, during Mr. Tucker's deposition Mr. Truong objected several times based on what he *believed* were questions about Plaintiff's EEO cases.

S*ee* Exhibit A at 3-4. None of these questions had anything to do with Plaintiff's EEO cases.

Mr. Truong has never represented the USDA in any of Plaintiff's complaints of discrimination.

If he did, he would have known that since December 16, 2019, all Plaintiff's pending

complaints of discrimination before the EEOC were dismissed at his request and that at the

present time Plaintiff does not have any pending case before the EEOC or any court.

***Expiration of time for the USDA to file a motion for protective order***

During the January 19, 2021 hearing the Court granted two weeks for the USDA to file a

motion for a protective order for Tucker's Transcript. The deadline for the USDA's motion was

February 2, 2021. That date came and passed without any filing by the USDA. Since the time

for the USDA to file its motion has expired Plaintiff request that the Court rescind the Order.


Respectfully submitted on February 4, 2021 by:

/s/ Joey D. Gonzalez
Joey D. Gonzalez Ramos
Telephone: 305-720-3114
joey@joeygonzalezlaw.com
***Pro Se Plaintiff***