UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |  |
|---|---|---|
| JOEY D. GONZALEZ RAMOS,<br>　　　　　Plaintiff,<br>vs.<br><br>ADR VANTAGE, INC,<br>　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:18-cv-01690-APM<br>JURY TRIAL |

**MOTION FOR EXTENSION OF TIME TO RESPOND TO**
**DEFENDANT'S RULE 11 MOTION**

Plaintiff, hereby request a brief extension of time until April 1, 2021 to respond to

Defendant ADR Vantage, Inc's ("ADR") Renewed Motion for Rule 11 Sanctions [ECF No. 87]

("Rule 11 Motion"). As grounds for this request Plaintiff states:

1.   According to the Order setting schedule for further proceedings in this matter [ECF

86] ("Order"), Defendant shall file its motion for summary judgment on or before March 2, 2021

and Plaintiff shall respond in opposition on or before March 23, 2021.

2.   On February 22, 2021, ADR filed the Rule 11 Motion followed by  its Motion for

Summary Judgment [ECF No. 88].

3.   Previously ADR had filed a Rule 11 motion for sanction three weeks after it filed a

motion for summary judgment. *See* [ECF Nos. 62 and 55].

4.   Plaintiff did not have prior notice that both motions would be filed simultaneously. In

essence Plaintiff now has to respond to two motion with the time allotted by the Order for one

motion.

WHEREFORE, Plaintiff respectfully request a brief extension of time until April 1, 2021

to file a response to the Rule 11 Motion.

Submitted on February 23, 2021

/s/ Joey D. Gonzalez
Joey D. Gonzalez Ramos
Florida Bar No. 127554
P.O. Box 145073
Coral Gables, FL 33114-5073
E-service: joey@joeygonzalezlaw.com
***Pro Se Plaintiff***

### CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 7(m)

According to Local Civ. R. 7(m), Plaintiff has conferred with counsel for Defendant ADR who takes no position on the Plaintiff's requested extension and defers to the Court.

/s/ Joey D. Gonzalez
Joey D. Gonzalez Ramos