UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JOEY D. GONZALEZ RAMOS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ADR VANTAGE, INC., ) <br> ) <br> Defendant. ) <br> ) | Case No. 18-cv-1690 (APM) |

## ORDER

For the reasons set forth in the court's Memorandum Opinion, ECF No. 94, the court grants Defendant's Motion for Summary Judgment.

This is a final, appealable Order.

Dated: September 29, 2021

Amit P. Mehta
United States District Court Judge