UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

|  |  |  |
|---|---|---|
| JOEY D. GONZALEZ RAMOS,<br>Plaintiff,<br>vs.<br><br><br>ADR VANTAGE, INC,<br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No.: 1:18-cv-01690-APM |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that the Plaintiff Joey D. Gonzalez Ramos hereby appeals to

the United States Court of Appeals for the District of Columbia this Court's Memorandum

Opinion dated September 29, 2021, [ECF No. 94] granting summary judgment for the Defendant

ADR Vantage, Inc. in this action.


Submitted on October 27, 2021

/s/ Joey D. Gonzalez
Joey D. Gonzalez Ramos
P.O. Box 145073,
Coral Gables, FL 33114-5073
(305)720-3114
joey@joeygonzalezlaw.com
*Pro Se Plaintiff*

   I HEREBY CERTIFY that a true and correct copy of the above document was filed through CM/ECF and served via email this October 27, 2021, on all counsel or parties of record on the Service List:

Service List

John Murphy, Esq. (Bar #14407)
9210 Corporate Boulevard, Suite 320
Rockville, Maryland 20850
(301)-519-9150 (Office)
(301) 519-9152 (Fax)
jmurphy@walkermurphy.com
Counsel for Defendant

/s/ Joey D. Gonzalez Ramos
Joey D. Gonzalez Ramos