# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 21-7124**                          **September Term, 2022**

**1:18-cv-01690-APM**

**Filed On: January 26, 2023** [1983224]

Joey D. Gonzalez Ramos,

      Appellant

   v.

ADR Vantage, Inc. and United States
Department of Agriculture,

      Appellees

### M A N D A T E

In accordance with the judgment of December 16, 2022, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:    /s/
             Daniel J. Reidy
             Deputy Clerk

Link to the judgment filed December 16, 2022